**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 95-7537**

―――――――――――

ROBERT CHAMBERS,

Plaintiff - Appellant,

versus

KENNETH SUTTON,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-95-486-3)

―――――――――――

Submitted: January 11, 1996      Decided: January 24, 1996

―――――――――――

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Robert Chambers, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1988) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Chambers v. Sutton</u>, No. CA-95-486-3 (E.D. Va. Sept. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge. <u>See</u> 28 U.S.C.A. § 636(c) (West 1993).